```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26875
  ANTHONY R MALIA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
       Debtor
  SSN XXX-XX-7814
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/07/08 .

    2.  The case was dismissed without confirmation, 01/16/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY CENTER SC | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES PERFORMANCE | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES PERFORMANCE | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN J LYNCH                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/13/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 08 B 26875 ANTHONY R MALIA
```